**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| IN RE: | * | CASE NUMBER: **10-02985-MCF** |
| | * | |
| NORMA M RODRIGUEZ PEREZ | * | CHAPTER 13 |
| | * | |
| **DEBTOR** | * | |

**************************************

**MOTION SUBMITTING AMENDED SCHEDULE F AND MASTER
ADDRESS LIST**

**TO THE HONORABLE COURT:**

  **COMES NOW DEBTOR**, through the undersigned counsel and respectfully to the Honorable Court states and prays as follow:

1. Debtor filed the instant bankruptcy petition on April 14, 2010.

2. Schedule F is amended to <u>*add the following creditor and legal representative originally omitted due to debtor's oversight*</u>.

3. Creditor's address is the following:

  *Mueblería Columbia, Inc.*
  *Calle Mayor #83*
  *Ponce, PR 00730*
  *Civil Num.: JACI 2010-04880*

  *Francisco Toro González*
  *Attorney for Mueblería Columbia, Inc.*
  *PO Box 330164*
  *Ponce, PR 00733-0164*

4. The 341 (a) Meeting of Creditors was held on May 17, 2010 at 9:00 AM. The hearing on confirmation was held on June 29, 2010 at 1:30 PM (**d. e. 6**).

5. Debtor's Chapter 13 plan was confirmed by Order dated July 1, 2010. Copy of plan is hereby attached.

       *NOTICE TO CREDITOR*
  *You are hereby notified of your rights, pursuant to Local Bankruptcy Rule 1009-1 ( c) to: file a proof of claim within ninety (90) days of service of these documents, or within the time set for previously scheduled creditors, whichever is later; to file complaints under 11 U.S.C. §523, and objections to the debtors claim of exemptions within sixty (60) days of service of these documents, or within the time set for previously scheduled creditors to file those complaints or objections, whichever is later; and to reconvene the 341 meeting, if so applies upon request made to the United States Trustee.*

**WHEREFORE**, Debtor respectfully requests from the Honorable Court to take notice of the amendment to schedule F and master address list, and to take notice that the fee for the amendment to schedule F has been paid to the Clerk of the Court on this same date.

**CERTIFICATE OF SERVICE:** It is hereby certified that on today's date copy of the instant motion was sent by regular mail to the creditor to the following address: **Muebleria Columbia, Inc., Calle Mayor #83, Ponce, PR 00730 and to Francisco Toro Gonzalez, Attorney for Muebleria Columbia, Inc., PO Box 330164, Ponce, PR 00733-0164,** along with copy of amended schedule F and master address list, and the notice of 341 meeting of creditors as required by LBR 1009-1, I hereby certify that on February 8, 2011 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to all registered parties and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none other.

In San Juan, Puerto Rico, this February 8, 2011.

**/s/MADELINE SOTO PACHECO**
MADELINE SOTO PACHECO, ESQ.
*ATTORNEY FOR DEBTOR(S):*
*Norma M Rodríguez Pérez*
USDC 207910
LUBE & SOTO LAW OFFICES
1130 AVE. F. D. ROOSEVELT
SAN JUAN, PUERTO RICO 00920-2906
TEL.: (787) 722-0909  - FAX: (787) 977-1709
E-MAIL: lubeysoto@yahoo.com

IN RE **RODRIGUEZ PEREZ, NORMA M**     Case No. **10-02985-13**
Debtor(s)     (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CL 3/ 4549-5476-0600-6633** <br> **BANCO POPULAR DE PUERTO RICO** <br> **BANKRUPTCY DEPARTMENT** <br> **PO BOX 366818** <br> **SAN JUAN, PR 00936-6818** | | | **9/08 CREDIT CARD (VISA)** | | | | **13,644.42** |
| ACCOUNT NO. **CL1/ 6032-5930-1191-8920** <br> **CITIFINANCIAL RETAIL SERVICES DE PR** <br> **PO BOX 70919** <br> **CHARLOTTE, NC 28272-0919** | | | **5/08 CREDIT CARD** | | | | **1,857.43** |
| ACCOUNT NO. **5178-0077-7030-1216** <br> **FIRST PREMIER BANK** <br> **3820 N LOUISE AVE** <br> **SIOUX FALLS, SD 57107-0145** | | | **7/09 CREDIT CARD (MASTER CARD)** | | | | **249.00** |
| ACCOUNT NO. **6035-3203-0890-0461** <br> **HOME DEPOT CREDIT SERVICES** <br> **PROCESSING CENTER** <br> **DES MOINES, IA 50364-0500** | | | **6/08 CREDIT CARD** | | | | **7,405.36** |

__**2**__ continuation sheets attached

Subtotal (Total of this page) $ **23,156.21**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **RODRIGUEZ PEREZ, NORMA M**     Case No. **10-02985-13**
Debtor(s)     (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **CL 10/ 645-220-804-11** <br> **JC PENNEY** <br> **25 SE 2ND AVE STE 1120** <br> **MIAMI, FL 32896-0090** | | | **6/08 CREDIT CARD** | | | | **2,231.86** |
| ACCOUNT NO. **JACI 2010-04880** <br> **MUEBLERIA COLUMBIA, INC.** <br> **83 CALLE MAYOR** <br> **PONCE, PR 00730-3037** | | | **2008 MERCHANDISE** | | | | **1,440.34** |
| ACCOUNT NO. <br> **LCDO. FRANCISCO TORO GONZALEZ** <br> **PO BOX 330164** <br> **PONCE, PR 00733-0164** | | | **Assignee or other notification for: MUEBLERIA COLUMBIA, INC.** | | | | |
| ACCOUNT NO. **CL 8 /4479-9516-3401-3377** <br> **OLD NAVY VISA/GEMB** <br> **25 SE 2ND AVE STE 1120** <br> **MIAMI, FL 33131-1605** | | | **6/08 CREDIT CARD (VISA)** | | | | **1,443.88** |
| ACCOUNT NO. **CL 7/ 5178-0079-5319-6177** <br> **PREMIER BANK CARD CHARTER** <br> **PO BOX 2208** <br> **VACAVILLE, CA 95696** | | | **1/10 CREDIT CARD (MASTER CARD)** | | | | **383.84** |
| ACCOUNT NO. **CL 11/ 4357** <br> **ROUNDUP FUNDING LLC** <br> **MS 550** <br> **PO BOX 91121** <br> **SEATTLE, WA 98111-9221** | | | | | | | **173.48** |
| ACCOUNT NO. **CL 9/ 7714-2705-1700-6474** <br> **SAM'S CLUB** <br> **25 SE 2ND AVE STE 1120** <br> **MIAMI, FL 33131-1605** | | | **10/08 CREDIT CARD** | | | | **439.43** |

Sheet no. **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ **6,112.83**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE RODRIGUEZ PEREZ, NORMA M Debtor(s) Case No. 10-02985-13 (If known)

# AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 5049-9410-5614-9856<br>SEARS CREDIT CARDS<br>PO BOX 183081<br>COLUMBUS, OH 43218-3081 | | | 5/08 CREDIT CARD | | | | 7,514.00 |
| ACCOUNT NO. 5049-9414-0025-5276<br>SEARS CREDIT CARDS<br>PO BOX 183081<br>COLUMBUS, OH 43218-3081 | | | 5/08 CREDIT CARD | | | | 3,984.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 11,498.00

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 40,767.04

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE **RODRIGUEZ PEREZ, NORMA M**　　　　　　　　　　　　　　　　　Case No. **10-02985-13**
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **February 8, 2011**　　Signature: ***/s/ NORMA M RODRIGUEZ PEREZ***
　　　　　　　　　　　　　　　　　　　　　**NORMA M RODRIGUEZ PEREZ**　Debtor

Date: _____　　Signature: _____
　　　　　　　　　　　　　　　　(Joint Debtor, if any)
　　　　　　　　　　　　[If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____　　　　　　　　　　　　　　　　　　　　　　_____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer　　Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____　　　　　　　　　　　　　　　　　　　　　　_____
Signature of Bankruptcy Petition Preparer　　　　　　　Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____　　Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

RODRIGUEZ PEREZ NORMA M
EXT VALLE ALTO
2362 CALLE LOMAS
PONCE PR  00730-4145

LCDA MARISOL GIERBOLINI RODRIGUEZ
PO BOX 364745
SAN JUAN PR  00936-4745

LUBE & SOTO LAW OFFICES
PSC
1130 AVE FD ROOSEVELT
SAN JUAN PR  00920-2906

LCDO FRANCISCO TORO GONZALEZ
PO BOX 330164
PONCE PR  00733-0164

BANCO BILBAO VIZCAYA
ANGEL M VAZQUEZ BAUZA
PO BOX 191017
SAN JUAN PR  00919-1017

MUEBLERIA COLUMBIA INC
83 CALLE MAYOR
PONCE PR  00730-3037

BANCO BILBAO VIZCAYA ARGENTARIA PR
PO BOX 364745
SAN JUAN PR  00936-4745

OLD NAVY VISA/GEMB
25 SE 2ND AVE STE 1120
MIAMI FL  33131-1605

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PR  00936-6818

PREMIER BANK CARD CHARTER
PO BOX 2208
VACAVILLE CA  95696

CITIFINANCIAL RETAIL SERVICES DE PR
PO BOX 70919
CHARLOTTE NC  28272-0919

ROUNDUP FUNDING LLC
MS 550
PO BOX 91121
SEATTLE WA  98111-9221

EMPRESAS BERRIOS INC
APT 674
CIDRA PR  00739

SAM'S CLUB
25 SE 2ND AVE STE 1120
MIAMI FL  33131-1605

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD  57107-0145

SEARS CREDIT CARDS
PO BOX 183081
COLUMBUS OH  43218-3081

HOME DEPOT CREDIT SERVICES
PROCESSING CENTER
DES MOINES IA  50364-0500

JC PENNEY
25 SE 2ND AVE STE 1120
MIAMI FL  32896-0090

B9I (Official Form 9I) (Chapter 13 Case) (12/07)          Case Number 10-02985-MCF13

# UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines
The debtor(s) listed below filed a chapter 13 bankruptcy case on April 14, 2010.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
NORMA M RODRIGUEZ PEREZ
aka NORMA M RODRIGUEZ, aka NORMA MARIA
RODRIGUEZ PEREZ
EXT VALLE ALTO
2362 CALLE LOMAS
PONCE, PR 00730

| Case Number:<br>10-02985-MCF13 MCF | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx-xx-1730 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>MADELINE SOTO PACHECO<br>LUBE & SOTO LAW OFFICES, P.S.C.<br>1130 AVE FD ROOSEVELT<br>SAN JUAN, PR 00920-2906<br>Telephone number: 787 722-0909 | Bankruptcy Trustee (name and address):<br>ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062<br>Telephone number: 787 977-3500 |

### Meeting of Creditors
Date: **May 17, 2010**      Time: **09:00 AM**
Location: **CRISTINA STREET #75, PONCE, PR 00731**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): **August 16, 2010**     For a governmental unit will be (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)) *180 days after the filing date.*

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts:

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

**Filing of Plan, Hearing on Confirmation of Plan**
The debtor has filed a plan. The hearing on confirmation will be held:
Date: **June 29, 2010**, Time: **01:30 PM**, Location: **93 ATOCHA STREET, SECOND FLOOR, PONCE, PR 00731**

**Deadline to object the Confirmation of Plan**
Objections must be filed no later than fourteen (14) days prior to the hearing on Confirmation as defined in PR LBR 3015-2(e)(1).

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office:<br>Southwestern Divisional Office<br>US Courthouse and Post Office Building<br>93 Atocha Street, Second Floor<br>Ponce, PR 00730<br>Telephone number: 787-812-2212<br>http://www.prb.uscourts.gov | For the Court:<br>Clerk of the Bankruptcy Court:<br>CELESTINO MATTA-MENDEZ |
|---|---|
| Hours Open: Monday - Friday 8:00 AM - 4:00 PM | Date: April 15, 2010 |

| EXPLANATIONS | | B9I (Official Form 9I) (12/07) |
|---|---|---|
| Filing of Chapter 13 Bankruptcy Case | A bankruptcy case under Chapter 13 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtor(s) listed on the front side, and an order for relief has been entered. Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts pursuant to a plan. A plan is not effective unless confirmed by the bankruptcy court. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on the front of this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the debtor's property and may continue to operate the debtor's business, if any, unless the court orders otherwise. | |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. | |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362 and § 1301. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. | |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. | |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the "Deadline to File a Proof of Claim" listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. | |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 523 (a)(2) or (4), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that deadline. | |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors, even if the debtor's case is converted to chapter 7. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. | |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of property claimed as exempt, at the bankruptcy clerk's office. | |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. | |

**Refer to Other Side for Important Deadlines and Notices**

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>NORMA M RODRIGUEZ PEREZ<br><br><br>XXX-XX-1730<br><br><br><br>Debtor(s) | CASE NO. 10-02985 MCF<br><br>Chapter 13<br><br><br><br>FILED & ENTERED ON 07/01/2010 |

ORDER CONFIRMING PLAN

    The debtor's Chapter 13 plan was duly served on all parties. A hearing on confirmation of the plan was held after due notice to all parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 U.S.C. 1325(a) are met.

    1. The debtor, or his employer, shall make the payments to the trustee required by the plan as confirmed or as hereafter modified. If the debtor does not cause such payments to be timely made, the trustee may request the court for an order directing the debtor's employer to make the appropriate payroll deductions and payments to the trustee or to pay the debtor's entire earnings and wages to the trustee [11 U.S.C. 1325(c)]. Such an order may be issued without further notice.

    2. The debtor shall obtain the approval of the trustee prior to incurring additional debt. The failure to obtain such approval may cause the claim for such debt to be disallowed pursuant to 11 U.S.C. 1305 (C) and the debt to be non dischargeable [11 U.S.C. 1328 (d)].

    3. If the debtor's plan is confirmed prior to the last day to file claims, or to object to the debtor's claim of exemptions, a modification of the confirmed plan pursuant to 11 U.S.C. 1329 may be required after these dates have past.

    **Therefore, IT IS HEREBY ORDERED that the debtor's Amended Chapter 13 plan dated 06/01/2010 (docket#13) is confirmed.**

**ALLOWANCE OF DEBTOR ATTORNEY'S FEES**

    The application for the allowance of reasonable compensation as authorized by 11 U.S.C. 330, having been considered, the court finds that a reasonable fee for the services performed and undertaken by such attorney is **$3,000.00**. Such fee, less any retainer, shall be paid by the trustee from the monies received under the debtor's plan, provided, however that such payments be deferred in time to payments which may be required to provide adequate protection of the interest of the holders of secured claims.

    Ponce, Puerto Rico, this 01 day of July, 2010.

                                                                              MILDRED CABAN FLORES
                                                                              U.S. Bankruptcy Judge

CC:    DEBTOR(S)
        MADELINE SOTO PACHECO
        ALEJANDRO OLIVERAS RIVERA
        FINANCE

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                  Case No. **10-02985-13**

**RODRIGUEZ PEREZ, NORMA M**                     Chapter **13**
                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: **6/01/2010**
    ☐ PRE ☐ POST-CONFIRMATION                        Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ **600.00** x | **1** | = $ | **600.00** |
| $ **635.00** x | **11** | = $ | **6,985.00** |
| $ **850.00** x | **48** | = $ | **40,800.00** |
| $ _____ x | _____ | = $ | _____ |
| $ _____ x | _____ | = $ | _____ |

TOTAL: $ **48,385.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **48,385.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **2,650.00**

Signed: **/s/ NORMA M RODRIGUEZ PEREZ**
        Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ** Cr. **EMPRESAS BERRIO** Cr. _____
# **0324-9615063301** # **CL 2/ 21-024560-02** # _____
$ **30,000.00** $ **3,911.54** $ _____

3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____

4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**BANCO POPULAR D**
5. ☐ Other: _____
_____
6. ☐ Debtor otherwise maintains regular payments directly to:
_____

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                  ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**See Continuation Sheet**

Attorney for Debtor **Lube & Soto Law Offices, P.S.C.**         Phone: **(787) 722-0909**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE <u>RODRIGUEZ PEREZ, NORMA M</u> Case No. <u>10-02985-13</u>
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

**NO LV**
**NO PRIORITIES**
1. ATTORNEY FEES AS PER 11 USC SECTION 330.
2. DEBTOR TO PAY FULL BALANCE ON AUTO LOAN OVER 2008 HONDA ACCORD TO BBVA. INSURANCE WILL BE PROVIDED TO CREDITOR AFTER MATURITY OF CONTRACT 2/2014. REFER TO ATTACHMENT I FOR INSURANCE QUOTATION IN THE AMOUNT OF $330.00. ADEQUATE PROTECTION WILL BE PAID TO BBVA BY TRUSTEE THROUGH THE PLAN IN THE AMOUNT OF $300.00 PER MONTH UP TO THE CONFIRMATION OF THE PLAN.
3. MUEB. BERRIOS TO BE PAID 100% THROUGH THE PLAN. ADEQUATE PROTECTION TO CREDITOR UP TO THE CONFIRMATION OF THE PLAN TO BE PAID TO CREDITOR IN THE AMOUNT OF $25.00 PER MONTH UP TO THE CONFIRMATION OF THE PLAN. ($3,911.54 CL-2)
-TAX REFUNDS, IF ANY, WILL BE DEVOTED EACH YEAR, AS PERIODIC PAYMENTS, TO THE PLAN'S FUNDING UNTIL PLAN COMPLETION. THE TENDER OF SUCH PAYMENTS SHALL DEEM THE PLAN MODIFIED BY SUCH AMOUNT, INCREASING THE BASE THEREBY WITHOUT THE NEED OF FURTHER NOTICE, HEARING OR COURT ORDER. IF NEED BE FOR THE USE BY DEBTOR(S) OF A PORTION OF SUCH REFUND, DEBTOR(S) SHALL SEEK COURT'S AUTHORIZATION PRIOR TO ANY USE OF THESE FUNDS.
- FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only